IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN WILLIE MALONE, JR. | ) | |
| AIS #292690, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 14-00571-WS-N |
| | ) | |
| KARLA JONES, | ) | |
|     Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner John Willie Malone, Jr.'s petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 4) is **DENIED** and that this action be **DISMISSED with prejudice**. Petitioner is not entitled to a certificate of appealability, or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 30th day of December, 2016.

                                        s/WILLIAM H. STEELE
                                        **CHIEF UNITED STATES DISTRICT JUDGE**