IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN WILLIE MALONE, JR. ) | |
| AIS #292690, ) | |
|    Petitioner, ) | |
| ) | |
| v. )CIVIL ACTION NO. 14-00571-WS-N | |
| ) | |
| KARLA JONES, ) | |
|    Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner John Willie Malone, Jr.'s petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 4) this action is **DISMISSED with prejudice**. Petitioner is not entitled to a certificate of appealability, or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 30th day of December, 2016.

                              **s/WILLIAM H. STEELE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**